UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE PARMELEE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>    Defendants. | Case No. 16-cv-03325-MEJ<br><br>**ORDER VACATING ADR REFERRAL AND CONTINUING HEARING ON MOTION TO REMAND**<br><br>Re: Dkt. No. 8 |

In light of Plaintiff's recently filed Motion to Remand challenging the Court's subject matter jurisdiction of this matter (Dkt. No. 8), the Court hereby **VACATES** the ADR Referral Order issued on June 22, 2016 (Dkt. No. 7). However, Plaintiff notices the hearing date for her Motion to Remand fewer than 35 days from the date of filing, in violation of the Local Rules. *See* Civil L.R. 7-2(a) ("[A]ll motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion."). Accordingly, the Court **CONTINUES** the hearing on Plaintiff's Motion to **August 11, 2016**. All other proceedings in this case, except for those dealing with the Court's jurisdiction over this case, are stayed pending the outcome of Plaintiff's Motion to Remand.

**IT IS SO ORDERED.**

Dated: June 28, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge